# OPINIONS PER CURIAM FROM JANUARY 10, 1910,
## TO DECEMBER 24, 1910.

No. 474. RIVERA *v.* THE PEOPLE.—Appeal from the District Court of Arecibo. Appellant's motion to amend the certificate of approval of statement of facts. Decided January 10, 1910. Motion sustained. *Mr. Henry M. Hoyt, Attorney General,* for petitioner.

No. 475. ESTATE OF FERNÁNDEZ *v.* THE PEOPLE ET AL.—Appeal from the District Court of Arecibo. Motion to amend the certificate approving the statement of facts. Decided January 10, 1910. Motion sustained. *Mr. Henry M. Hoyt, Attorney General,* for petitioner.

No. 495. TRUBLAR *v.* COMPAGNIE DES SUCRERIES DE PORTO RICO.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided January 10, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José Tous Soto* for petitioner. *Mr. Francisco Parra* for respondent.

No. 219. THE PEOPLE *v.* CÉSPEDES.—Appeal from the District Court of Mayagüez. Decided January 13, 1910. Judgment affirmed. *Mr. Leopoldo Feliú* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.